## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| BAYCHAR, INC. and<br>BAYCHAR HOLDINGS, LLC,<br><br>   Plaintiffs,<br><br>vs.<br><br>THE BURTON CORPORATION,<br>DECKERS OUTDOOR CORPORATION,<br>NEW BALANCE ATHLETIC SHOE, INC. and<br>NORDICA USA CORP.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:04-CV-00144 |
| BAYCHAR, INC. and<br>BAYCHAR HOLDINGS, LLC,<br><br>   Plaintiffs,<br><br>vs.<br><br>SALOMON/NORTH AMERICA, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:04-CV-00136-B-C |

**SECOND DECLARATION OF ROBERT J. PUSHAW
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
BASED ON THE INVALIDITY OF CLAIM 8 OF THE '810 PATENT
(§§ 102(b)/103(a) OBVIOUSNESS)**

   I, Robert J. Pushaw, hereby declare under penalty of perjury that the following statements are true and correct.

   1.   I have personal knowledge of the facts and information set forth in this declaration.

2. I previously submitted a declaration in support of defendants' motion for summary judgment of invalidity based upon obviousness.

3. As I previously testified, based upon my work for Outlast Technologies and Shawmut Mills, I prepared and filed U.S. patent application No. 606,487 on March 4, 1996, which issued on October 14, 1997 as U.S. No. 5,677,048. A true and correct copy of the '048 patent is attached to my original declaration as Exhibit A.

4. The '048 patent discloses acrylic and latex "coatings containing encapsulated phase change material" that is "applied to a skived polyurethane foam." '048 patent at col. 2, lines 42-47. The PCM coatings disclosed in the '048 patent are designed to maintain breathability of the foam to which they are applied. '048 Patent at col. 2, lines 19-23.

5. I used the coating process and coatings described in the '048 patent to treat all of the foam and make the PCM-coated foam/nonwoven components described in my previous declaration. This includes all of the PCM-treated foam composites that I created for Outlast and Tempo/Shain from August 25, 1995 through August 1996.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of April, 2006.

/s/ Robert J. Pushaw
Robert J. Pushaw

3542648_3.DOC