UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| BAYCHAR, INC., ET AL., | ) | |
|                 PLAINTIFFS | ) | |
| v. | ) | CIVIL NO. 04-144-B-H |
| THE BURTON CORPORATION, ET AL., | ) | |
|                 DEFENDANTS | ) | |

### DECISION AND ORDER ON DEFENDANTS' MOTION FOR RECONSIDERATION

In my decision on attorney fees, I denied the defendants a fee award because they did not "contend that [the plaintiff's] expert failed to implicate several of their products as infringing the '810 Patent."[1]  Decision and Order on Defs.' Mot. for Att'y Fees at 13 (Docket Item 231).  The defendants now attempt to put forth such an argument.  See Defs.' Mot. for Reconsideration at 3 (Docket Item 232).  As this argument was not presented in their motion for attorney fees, I

---

[1] This is in contrast to the motion for attorney fees in the companion case Baychar, Inc. v. Salomon/N. Am., Inc., where the defendant expressly argued that, "[i]n fact, Baychar's own infringement expert did not mention [the accused] products in his report."  Def.'s Mot. for Att'ys' Fees, No. 04-136-B-C, at 6 (Docket Item 169).

will not consider it now.  Accordingly, the defendants' motion for reconsideration is **DENIED**.

    **SO ORDERED.**

    **DATED THIS 10TH DAY OF DECEMBER, 2008**

    /S/D. BROCK HORNBY
    **D. BROCK HORNBY**
    **UNITED STATES DISTRICT JUDGE**